FARMERS ELEVATOR CO., PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 13424.   Promulgated October 17, 1928.

*C. H. Preston, C. P. A.*, for the petitioner.
*Arthur H. Murray, Esq.*, for the respondent.

OPINION.

LANSDON: The stipulation here establishes a state of facts on all fours with the record in the proceeding of *Fred T. Ley & Co.*, 9 B. T. A. 749, and that of *M. Brown & Co.*, 9 B. T. A. 753. On the authority of our decisions in such proceedings we hold that in this proceeding the statute of limitations had run at February 2, 1926.

*Decision will be entered for the petitioner.*